Vassos .Saroodis, Appellant, *v.* Liberty Motor Freight Lines, Inc., et al., Respondents.

Argued April 5, 1943; decided May 27, 1943.

*Nelson R. Pirnie* and *Charles A. Cusick* for appellant.

*Perry E. Leary* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.